IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-683-BO

| | | |
|---|---|---|
| PATRICIA BORDONARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNSTON COUNTY BOARD OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the motion (D.E. 16) by defendant Johnston County Board of Education ("defendant") to stay discovery pending resolution of its motion to dismiss (D.E. 11) for lack of jurisdiction and failure to state a claim. Defendant contends that resolution of the dismissal motion may obviate certain discovery and that deferral of discovery until after such resolution would preserve the court's and the parties' time and other resources. Plaintiff Patricia Bordonaro consents to the relief requested.

The court finds that defendant has shown good cause for the stay requested. The motion to stay is therefore ALLOWED, and all discovery in this case, including the convening of a Fed. R. Civ. P. Rule 26(f) conference and filing of a discovery plan, is STAYED pending entry of the order disposing of the motion to dismiss. The parties shall file a discovery plan within 14 days after such entry if at the time one or more claims remain in this court.

SO ORDERED, this the 7 day of February 2013.

James E. Gates
United States Magistrate Judge